UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
**JAN 21 2021**
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 4:21CR046 RLW/SRW |
| SHERRI WELCH, | ) ) ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about December 28, 2020, in the Eastern District of Missouri,

**SHERRI WELCH,**

the Defendant herein, did steal and take from, and out of, an authorized depository for mail matter located at 11805 Craig Manor Drive, St. Louis, Missouri, a package addressed to K.P. at said address.

In violation of, and punishable under, Title 18, United States Code, Section 1708.

### COUNT TWO

The Grand Jury further charges that:

On or about December 28, 2020, in the Eastern District of Missouri,

**SHERRI WELCH,**

the Defendant herein, did steal and take from, and out of, an authorized depository for mail matter, located at 6845 Teson Road, Hazelwood, Missouri, a package addressed to J.B. at said address.

In violation of, and punishable under, Title 18, United States Code, Section 1708.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JOHN J. WARE, #40880MO
Assistant United States Attorney